Richard G. Birinyi, WSBA #9212
Charles A. Lyman, WSBA #30495
SCHLEMLEIN GOETZ FICK
& SCRUGGS, PLLC
66 S. Hanford Street, Suite 300
Seattle, WA 98134
P: 206-448-8100
F: 206-448--8514
RGB@sgfslaw.com
CAL@sgfslaw.com
Attorneys for Debtors

Judge: Christopher M. Alston
Chapter 11
Location: Seattle

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>1103 33RD STREET LLC<br><br>Debtor. | Chapter 11 Proceeding<br><br>Case No: 15-16523-CMA<br><br>SECTION 1116(1)(a) STATEMENT |

COMES NOW the debtor-in-possession, by and through its attorneys, and files under Section 1116(1)(a) as follows:

Attached hereto is the debtor's last filed tax return.

No balance sheet, cash flow statement or statement of operations have been prepared, as the Debtor is no longer in operation.

SECTION 1116(1)(a) STATEMENT - 1

S<small>CHLEMLEIN</small> G<small>OETZ</small> F<small>ICK</small> & S<small>CRUGGS</small>, <small>PLLC</small>
66 S. H<small>ANFORD</small> S<small>TREET</small>, S<small>UITE</small> 300
S<small>EATTLE</small>, WA 98134
P: (206) 448-8100 F: (206) 448-8514

DATED this 18th day of November, 2015

                                      SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC

By:   /s/Charles A. Lyman
      Richard G. Birinyi, WSBA# 9212
      Charles A. Lyman, WSBA# 30495
Attorneys for Debtor

SECTION 1116(1)(a) STATEMENT - 2

SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC
66 S. HANFORD STREET, SUITE 300
SEATTLE, WA 98134
P: (206) 448-8100 F: (206) 448-8514

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws of the State of Washington that on November 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

DATED this 18th day of November, 2015, at Seattle, Washington.

/s/Tess M. Keeley
Tess M. Keeley

SECTION 1116(1)(a) STATEMENT - 3

SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC
66 S. HANFORD STREET, SUITE 300
SEATTLE, WA 98134
P: (206) 448-8100 F: (206) 448-8514