# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

► Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec*.
► Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2014**

Attachment Sequence No. 09

Name of proprietor: Jeffrey T Reilly

Social security number (SSN): 0784

- **A** Principal business or profession, including product or service (see instructions): MANAGEMENT COMPANY
- **B** Enter code from instructions: ► 721100
- **C** Business name. If no separate business name, leave blank.: 33 LLC MANAGEMENT DBA MERMAID & DOLPHIN
- **D** Employer ID number (EIN), (see instrs): 20-1859649
- **E** Business address (including suite or room no.): ► 33RD STREET
- City, town or post office, state, and ZIP code: GALVESTON, TX
- **F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ►
- **G** Did you 'materially participate' in the operation of this business during 2014? If 'No,' see instructions for limit on losses.. [X] Yes [ ] No
- **H** If you started or acquired this business during 2014, check here ► [ ]
- **I** Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions) [X] Yes [ ] No
- **J** If 'Yes,' did you or will you file required Forms 1099? [X] Yes [ ] No

## Part I Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked ► [ ] | 1 |
| 2 | Returns and allowances | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Cost of goods sold (from line 42) | 4 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 |
| 7 | Gross income. Add lines 5 and 6 | 7 |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | 18 Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | a Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | b Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 21 Repairs and maintenance | 21 | |
| | | | 22 Supplies (not included in Part III) | 22 | |
| | | | 23 Taxes and licenses | 23 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | 24 Travel, meals, and entertainment: | | |
| | | | a Travel | 24a | |
| 15 | Insurance (other than health) | 15 | b Deductible meals and entertainment (see instructions) | 24b | |
| 16 | Interest: | | 25 Utilities | 25 | |
| a | Mortgage (paid to banks, etc) | 16a | 26 Wages (less employment credits) | 26 | |
| b | Other | 16b | 27a Other expenses (from line 48) | 27a | |
| 17 | Legal & professional services | 17 | b Reserved for future use | 27b | |

| | | |
|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ► | 28 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3**.<br>• If a loss, you must go to line 32. | 31 | 0. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3**.<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. |

BAA For Paperwork Reduction Act Notice, see the separate instructions. FDIZ0112L 10/30/14 Schedule C (Form 1040) 2014